**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Scott Allen KING, Defendant–**
**Appellant.**

No. 01–7472.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 30, 2001.

Scott Allen King, pro se.

Rod J. Rosenstein, Office of the United States Attorney, Greenbelt, MD, for appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Scott Allen King seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. King,* Nos. CR–98–127–ALL; CA–01–1884–DKC (D.Md. filed July 3, 2001; entered July 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*